IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3031 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM |
| | ) | AND ORDER |
| MARVIN RICARDO SOLIS, | ) | |
| | ) | |
| Defendant. | ) | |

I am in receipt of a letter from the defendant.

IT IS ORDERED that:

(1)   The Clerk of Court shall file the letter.

(2)   Treating the letter as a motion for replacement of counsel, the motion is referred to Magistrate Judge Zwart.

(3)   The Clerk of Court shall provide a copy of this order and the defendant's letter to Magistrate Judge Zwart, to counsel for the government, to counsel for the defendant, and to the defendant at defendant's last known address.

Dated November 3, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge