IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3031 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARVIN RICARDO SOLIS, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant Solis's sentencing is continued to Friday, June 3, 2011, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

    Dated April 20, 2011.

                                                BY THE COURT:

                                                *Richard G. Kopf*
                                                United States District Judge