IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3031-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARVIN RICARDO SOLIS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     The defendant's unopposed motion to continue sentencing (filing 236) is granted.

(2)     Defendant Solis's two-hour evidentiary hearing and sentencing are continued to Friday, August 5, 2011, at 12:30-2:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

(3)     The defendant's objections (filing 235) will be taken up at the August 5 hearing.  The undersigned will not issue tentative findings in this case.

Dated June 3, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge