IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3031 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| MARVIN RICARDO SOLIS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's notice of appeal and motion for leave to appeal in forma pauperis. (Filing 251.)  In support of his motion, defendant states that he was without sufficient funds to afford counsel in the above titled matter and that counsel was CJA appointed.  (*Id*.; *see also* Docket Sheet.)  I shall grant defendant's motion for leave to appeal in forma pauperis, and defendant may proceed on appeal without prepayment of fees or costs or the giving of security therefor.

IT IS ORDERED:

1. Defendant's motion for leave to appeal in forma pauperis (filing 251) is granted.

2. Defendant may proceed on appeal without prepayment of fees or costs.

3. The Clerk of the United States District Court for the District of Nebraska shall process defendant's appeal.

DATED this 24th day of August, 2011.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge